DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## DEAL v. N.C. STATE UNIVERSITY

No. 244P94

Case below: 114 N.C.App. 643

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## FLORADAY v. DON GALLOWAY HOMES

No. 232PA94

Case below: 114 N.C.App. 214

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1994.

## FRENCH v. BROWN

No. 259PA94

Case below: 114 N.C.App. 504

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## GODLEY v. GODLEY

No. 231P94

Case below: 114 N.C.App. 268

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 28 July 1994.

## GREEN v. CALLICUTT

No. 140P94

Case below: 113 N.C.App. 655

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.